USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/29/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
ERIC ROGERS,                                          :
                                                      :
                                      **Plaintiff,**  :
                                                      :          **18-CV-10021 (ALC)**
            -against-                                 :
                                                      :          **ORDER**
                                                      :
JACK'S COFFEE, LLC and 138-140 VILLAGE                :
OWNERS CORP.,                                         :
                                                      :
                                      **Defendants.** :
                                                      :
-------------------------------------------------------------------- :
                                                      x

**ANDREW L. CARTER, JR., District Judge:**


On July 8, 2019, Plaintiff filed a proposed default judgment and supporting affirmation.

ECF Nos. 15-16. The Court subsequently issued an order directing Defendant 138-140 Village

Owners Corp. to show cause why default judgment should not be entered. ECF No. 19.

However, it has come to this Court's attention that Plaintiff's request for default judgment is

deficient. In order to move for default judgment, it must "file on ECF its motion for a default

judgment" and include a "memorandum providing the legal and factual authority proving that

liability has been established." Individual Practices of Andrew L. Carter, Jr., Attachment A.

Plaintiff did not file such a motion nor include such a memorandum.

Accordingly, the Court hereby VACATES its Order to Show Cause, ECF No. 19.

Plaintiffs are ORDERED to submit the required motion and memorandum by November 6, 2020.

Plaintiffs are further required to serve this Order on Defendant 138-140 Village Owners Corp.

and file proof of service by that date.

**SO ORDERED.**

**Dated:**       **October 29, 2020**
                 **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**