USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/14/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ERIC ROGERS,** | |
| **Plaintiff,** | |
| -against- | **18-cv-10021 (ALC)** |
| **JACK'S HOLDING (FVP) LLC** and **138-140 VILLAGE OWNERS CORP.,** | **ORDER OF DISCONTINUANCE** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   October 14, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**